**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AURORA CORP. OF AMERICA | |
| Plaintiff, | |
| | Civil Action No.: 1:08-CV-01402 |
| vs. | |
| FELLOWES, INC., | Judge: Harry D. Leinenweber |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Aurora Corp. of America and Defendant Fellowes, Inc., by and through their attorney, hereby stipulate to the dismissal of this action without prejudice with each party bearing its own attorney's fees and costs in this action.

Respectfully Submitted,

Date:   March 31, 2008                    s/ Richard F. Cauley
                                          Richard F. Cauley (SBN: 109194)
                                          rcauley@whglawfirm.com
                                          Franklin E. Gibbs (SBN: 189015)
                                          fgibbs@whglawfirm.com
                                          Regis A. Guerin (SBN 215170)
                                          rguerin@whglawfirm.com
                                          Erick P. Wolf (SBN: 224906)
                                          ewolf@whglawfirm.com
                                          **WANG, HARTMANN, GIBBS & CAULEY P.L.C.**
                                          A Professional Law Corporation
                                          1301 Dove Street, Suite 1050
                                          Newport Beach, CA  92660
                                          Telephone:  (949) 833-8483
                                          Facsimile:   (949) 833-2281
                                          AURORA CORP. OF AMERICA

                                          Karl R. Fink
                                          krfink@fitcheven.com
                                          Nicholas T. Peters
                                          ntpete@fitcheven.com
                                          **FITCH, EVEN, TABIN & FLANNERY**
                                          120 South LaSalle Street, Suite 1600
                                          Chicago, Illinois 60603
                                          Telephone: (312) 577-7000
                                          Facsimile: (312) 577-7007

                                          *Counsel for Plaintiff,*
                                          AURORA CORP. OF AMERICA


                                          s/ William P. Atkins
                                          William Atkins, Esq.
                                          **PILLSBURY WINTHROP SHAW PITTMAN, LLP**
                                          1650 Tysons Boulevard
                                          14th Floor
                                          McLean, VA 22102-4859

                                          Evan Finkel
                                          **PILLSBURY WINTHROP SHAW PITTMAN, LLP**
                                          725 South Figueroa Street, Suite 2800
                                          Los Angeles, CA 90017-5406

                                          *Counsel for Defendant,*
                                          FELLOWES, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AURORA CORP. OF AMERICA

          Plaintiff,

  vs.

FELLOWES, INC.,

          Defendant.

Civil Action No.: 1:08-CV-01402

Judge: Harry D. Leinenweber

**AGREED ORDER OF DIMSISSAL**

Pursuant to the parties' joint stipulation of dismissal without prejudice, this Court hereby dismisses this action without prejudice with each party bearing their own attorneys' fees and costs.

DONE AND ORDERED this _____ of _____, 2008

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, a copy of the foregoing JOINT STIPULATION

OF DISMISSAL was filed.  Notice of this filing will be sent to the following parties by operation

of the Court's electronic filing system.  Parties may access this filing through the Court's system.

***Parties receiving service by first class mail are as follows:***

Evan Finkel – evan.finkel@pillsburylaw.com
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

William Atkins, Esq.- William.atkins@pillsburylaw.com
Attorney of PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4859
Fax: +1.703.770.7901
**(COUNSEL FOR DEFENDANT, FELLOWES, INC.)**

Date:   March 31, 2008                    s/Richard F. Cauley
                                          *One of the Attorneys for Defendant,*
                                          AURORA CORP. OF AMERICA