# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1402 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Aurora Corp. Of America vs. Fellowes, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation, this case is dismissed without prejudice with each party bearing its own attorney's fees and costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|